JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GINA M. CORBIN,** | ) | **NO. EDCV 19-1233-KS** |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **ANDREW M. SAUL, Commissioner** | ) | |
| **of Social Security,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for a calculation of DI benefits and SSI benefits as warranted and consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 1, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE